## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01765-BNB

JOHN NASIOUS,

        Plaintiff,

v.

TWO UNKNOWN B.I.C.E. AGENTS AT ARAPAHOE COUNTY JUSTICE CENTER,
PRESIDENT GEORGE W. BUSH,
TOM RIDGE – Secretary – United States Department of Homeland Security,
UNITED STATES ATTORNEY GENERAL ALBERTO GONZALES,
U.S. DEPARTMENT OF JUSTICE,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND
      CUSTOMS ENFORCEMENT JEFF COBB – Regional Director (Denver),
CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,
JOHN DOE AND JANE DOE 1-100,
DENVER BOARD OF COUNTY COMMISSIONERS,
JOHN DOE & JANE DOE 1-10,
UNDER SHERIFF LOVINGER, Director of Corrections, Denver City and County Jail,
JOHN DOE 1-100,
DR. CRUM AND COMPLETE MEDICAL STAFF 1-100,
ARAPAHOE COUNTY BOARD OF COMMISSIONERS,
LYNN MEYERS,
BERNIE ZIMMER,
ARAPAHOE COUNTY DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
JOHN DOE AND JANE DOE 1-100,
SGT. GROSKRUGER,
CORRECTIONAL HEALTH CARE MANAGEMENT,
DR. SCHLEGEL,
DR. SOLIS,
DR. GARLICK,
DR. FERRER AND COMPLETE MEDICAL STAFF 1-50,
ELAINE MEYERS, R.N., H.S.A. AND COMPLETE MEDICAL STAFF 1-100 ACDF, and
MAYOR OF CENTENNIAL RANDY PYE,

        Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV - 8 2006

GREGORY C. LANGHAM
CLERK

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion for Extension of Time to File Amendment Complaint" filed on

November 3, 2006, is GRANTED as follows: Plaintiff shall have **up to and including December 29, 2006**, to file an amended complaint as directed. Plaintiff's "Motion to Grant Equal Access to Law Library for Copies, and Mailing and Research" file on November 3, 2006, is DENIED.

Dated: November 6, 2006

---

Copies of this Minute Order mailed on November 6, 2006, to the following:

John Nasious
Prisoner No. 98775
DRDC
PO Box 392004
Denver, CO 80239-8004

_____
Secretary/Deputy Clerk