IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01765-ZLW

JOHN NASIOUS,

        Plaintiff,

v.

TWO UNKNOWN B.I.C.E. AGENTS AT ARAPAHOE COUNTY JUSTICE CENTER,
PRESIDENT OF THE UNITED STATES OF AMERICA GEORGE W. BUSH,
TOM RIDGE – Secretary of the United States Department of Homeland Security,
U.S. DEPARTMENT OF JUSTICE – UNITED STATES ATTORNEY GENERAL ALBERTO
      GONZALES,
DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS
      ENFORCEMENT JEFF COPP – Regional Director – Denver,
AGENT MICHAEL WHEELER,
AGENT DEVALUE CUMMINGS,
AGENT EDDIE SANCHEZ,
AGENT FRANK LEE,
CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,
DENVER BOARD OF COUNTY COMMISSIONERS, JOHN DOE and JANE DOE 1-10,
UNDER SHERIFF LOVINGER – Director of Corrections, Denver City and County Jail,
JOHN DOE AND JANE DOE 1-100,
SHERIFF STRONG,
NURSE ROSIE,
BETH LINDROSS, H.S.A. AND COMPLETE MEDICAL STAFF 1-50,
DR. CRUM,
DR. HIRSH,
SHERIFF FISHER,
CAPTAIN BLAIR,
CHIEF WILSON, Formerly Lt. Wilson,
NURSE JOE,
CORRECTIONAL HEALTH CARE MANAGEMENT,
DR. SOLIS, CMS,
DR. SCHLEGAL, CMS,
DR. SATHER, CMS,
ED CILMOR – Aramark Correctional Services,
ARAMARK CORP. – JOSEPH NEUBAUER CEO – Philadelphia, Pennsylvania,
JOSEPH ORTIZ – Colorado Department of Corrections,

DIRECTOR JEANEENE MILLER – Colorado Department of Corrections of Adult Parole,
Community Corrections and YOS,
DIVISION OF ADULT PAROLE, Central Sherman Office,
PAROLE OFFICER NATALIE KIRKLAND,
JOHN DOE AND JANE DOE 1-100,
ALL KNOWN DEFENDANTS CURRENTLY NOT KNOWN BY NAME BUT WILL BE
    IDENTIFIED AND ADDED AT A LATER DATE,
DENVER CITY JAIL SGT. SULLIVAN,
SHERIFF JOHN DOE, Denver City Jail (Who Punched and Beat Plaintiff),
DENVER CITY JAIL SHERIFF GUZMAN,
MAYOR OF CENTENNIAL – RANDY PYE,
ARAPAHOE COUNTY BOARD OF COMMISSIONERS,
LYNN MYERS,
BERNIE ZIMMER,
ARAPAHOE COUNTY DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
JOHN DOE & JANE DOE 1-100,
SGT. GROSSKRUGER,
SHERIFF HANSON,
ELAINE MEYERS, R.N., H.S.A., and
COMPLETE MEDICAL STAFF 1-50,

        Defendants.

## ORDER TO CURE DEFICIENCY

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on March 9, 2007 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u> X </u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u> X </u>   is not submitted
      <u>   </u>   is missing affidavit
      <u>   </u>   is missing certified copy of prisoner's trust fund statement for the 6-month period

        immediately preceding this filing
\_\_   is missing required financial information
\_\_   is missing an original signature by the prisoner
\_\_   is not on proper form (must use the court's current form)
\_\_   other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __14__ day of _____March_____, 2007.

BY THE COURT:

_/s/ Zita L. Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court