IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 1 0 2007

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-cv-01765-ZLW

JOHN NASIOUS,

    Plaintiff,

v.

TWO UNKNOWN B.I.C.E. AGENTS AT ARAPAHOE COUNTY JUSTICE CENTER,
PRESIDENT OF THE UNITED STATES OF AMERICA GEORGE W. BUSH,
TOM RIDGE – Secretary of the United States Department of Homeland Security,
U.S. DEPARTMENT OF JUSTICE – UNITED STATES ATTORNEY GENERAL
    ALBERTO GONZALES,
DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND CUSTOMS
    ENFORCEMENT JEFF COPP – Regional Director – Denver,
AGENT MICHAEL WHEELER,
AGENT DEVALUE CUMMINGS,
AGENT EDDIE SANCHEZ,
AGENT FRANK LEE,
CITY AND COUNTY OF DENVER MAYOR JOHN HICKENLOOPER,
DENVER BOARD OF COUNTY COMMISSIONERS, JOHN DOE and JANE DOE 1-10,
UNDER SHERIFF LOVINGER – Director of Corrections, Denver City and County Jail,
JOHN DOE AND JANE DOE 1-100,
SHERIFF STRONG,
NURSE ROSIE,
BETH LINDROSS, H.S.A. AND COMPLETE MEDICAL STAFF 1-50,
DR. CRUM,
DR. HIRSH,
SHERIFF FISHER,
CAPTAIN BLAIR,
CHIEF WILSON, Formerly Lt. Wilson,
NURSE JOE,
CORRECTIONAL HEALTH CARE MANAGEMENT,
DR. SOLIS, CMS,
DR. SCHLEGAL, CMS,
DR. SATHER, CMS,
ED CILMOR – Aramark Correctional Services,
ARAMARK CORP. – JOSEPH NEUBAUER CEO – Philadelphia, Pennsylvania,
JOSEPH ORTIZ – Colorado Department of Corrections,
DIRECTOR JEANEENE MILLER – Colorado Department of Corrections of Adult
    Parole, Community Corrections and YOS,
DIVISION OF ADULT PAROLE, Central Sherman Office,

PAROLE OFFICER NATALIE KIRKLAND,
JOHN DOE AND JANE DOE 1-100,
ALL KNOWN DEFENDANTS CURRENTLY NOT KNOWN BY NAME BUT WILL BE
    IDENTIFIED AND ADDED AT A LATER DATE,
DENVER CITY JAIL SGT. SULLIVAN,
SHERIFF JOHN DOE, Denver City Jail (Who Punched and Beat Plaintiff),
DENVER CITY JAIL SHERIFF GUZMAN,
MAYOR OF CENTENNIAL – RANDY PYE,
ARAPAHOE COUNTY BOARD OF COMMISSIONERS,
LYNN MYERS,
BERNIE ZIMMER,
ARAPAHOE COUNTY DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON,
JOHN DOE & JANE DOE 1-100,
SGT. GROSSKRUGER,
SHERIFF HANSON,
ELAINE MEYERS, R.N., H.S.A., and
COMPLETE MEDICAL STAFF 1-50,

    Defendants.

---

## ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on July 25, 2007, this civil action is reinstated. Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on July 25, 2007.

DATED at Denver, Colorado, this 9 day of Aug, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-01283-BNB

John Nasious
Prisoner No. 98775
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/10/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk