# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01765-BNB

JOHN NASIOUS,

    Plaintiff,

v.

TWO UNKNOWN B.I.C.E. AGENTS AT THE ARAPAHOE COUNTY JUSTICE
    CENTER,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND
    CUSTOMS ENFORCEMENT AGENT MICHAEL WHEELER, and
UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND
    CUSTOMS ENFORCEMENT AGENT LEE,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 25 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion for Extension of Time Due to Prison Transfer and Motion to Amend Complaint" filed on January 24, 2008, is DENIED because Plaintiff already has filed his third amended complaint in this action as directed. Any other claims Mr. Nasious seeks to raise in this Court must be raised in a separate lawsuit or lawsuits as appropriate. The clerk of the court is directed to mail to Mr. Nasious at the address listed in his notice of change of address filed on January 24, 2008, together with a copy of this minute order, a copy of the minute order filed in this action on January 16, 2008.

Dated: January 25, 2008

Copies of this **Minute Order, and a copy of the Minute Order filed 1/16/08** were mailed on January 25, 2008, to the following:

John Nasious
Prisoner No. 98775
CTCF - Cell 5 Transport
PO Box 1010
Cañon City, CO 81215- 1010

                                                Secretary/Deputy Clerk