IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO




Civil Action No. 06-cv-01765-ZLW-KMT

JOHN NASIOUS,

    Plaintiff,

v.

TWO UNKNOWN B.I.C.E. AGENTS AT THE ARAPAHOE COUNTY JUSTICE
    CENTER,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND
    CUSTOMS ENFORCEMENT AGENT MICHAEL WHEELER, and
UNITED STATES DEPARTMENT OF HOMELAND SECURITY IMMIGRATION AND
    CUSTOMS ENFORCEMENT AGENT LEE,

    Defendants.

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

Dated: 3/13/08

BY THE COURT:

*[signature]*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01765-ZLW-KMT

John Nasious
Prisoner No. 98775
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Agent Lee, and Agent Michael Wheeler

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Agent Lee, and Agent Michael Wheeler; to The United States Attorney General; and to the United States Attorney's Office: THIRD AMENDED COMPLAINT FILED 1/14/08, SUPPLEMENT TO AMENDED COMPLAINT FILED 2/1/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 2/14/08.

GREGORY C. LANGHAM, CLERK

By:_____
                Deputy Clerk